UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KUANG-BAO P. OU YOUNG,

    Plaintiff,

v.

OBAMA ET AL,

    Defendant.

Case No. 15-mc-80180-VC

**ORDER**

The Court has reviewed the complaint in the above-captioned matter and finds that it does not state a potentially cognizable claim.  Therefore, in accordance with the Order filed on December 20, 2013 in Ou-Young v. Roberts, et al., Case No. 13-4442, the Clerk is directed not to accept the complaint for filing and this action is dismissed.

**IT IS SO ORDERED.**

Dated: June 26, 2015

VINCE CHHABRIA
United States District Judge